AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN        District of       NEW YORK

CHRISTOPHER SIMMONS,

          V.        Plaintiffs,

P.O. LUIS RODRIGUEZ, Shield No. 2060,
P.O. CHRISTOPHER JACOBELLIS,
Shield No. 6342, P.O. ANGELO GARCIA,
Shield No. 25243, and P.O. WILFREDO
VEGA, Shield No. 4303

             Defendants.

**SUMMONS IN A CIVIL ACTION**

08 CV 6305

**JUDGE SAND**

CASE NUMBER:

TO: (Name and address of Defendants)
All of defendants
1 Police Plaza
New York, N.Y. 10038

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan D. Levine, Esq.
80-02 Kew Gardens Road
Kew Gardens, New York 11415

An answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this court within a reasonable period of time after service.

JUL 1 4 2008

J. MICHAEL McMAHON

CLERK     *[signature]*           DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

P.O. CHRISTOPHER JACOBELLIS
Shield No. 6342
230 E 21st Street
New York, New York

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 19, 2008 |
| NAME OF SERVER (PRINT) Richard Schacca | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Deponent left copy of said papers with P.A.A. Herman. Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant and deposited said wrapper in a post office depository.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/20/08
                Date

Signature of Server

Franklin Square, NY 11010
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.